UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

IN RE WORLD TRADE CENTER                          21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION
_____

RAMIRO BASTIDAS (AND WIFE, SOILA BASTIDAS),    07CV8278(AKH)

                                    Plaintiff(s),          **NOTICE OF APPEARANCE**

              -against-

80 LAFAYETTE ASSOCIATES  LLC, et al.,

                                    Defendants.
_____

      **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel

for Defendants **CENTURY 21, INC** and **BLUE MILLENNIUM REALTY LLC** in the above-

captioned action and all future correspondence and papers filed or serviced in connection with

the above-captioned action are to be directed to the undersigned.

Dated:      New York, New York
            December 3, 2007

                                                  Yours etc.,

                                                  HARRIS BEACH PLLC
                                                  *Attorneys for Defendant*
                                                  **CENTURY 21, INC., BLUE
                                                  MILLENNIUM REALTY LLC**


                                                  _____/s/_____
                                                  Stanley Goos, Esq. (SG-7062)
                                                  100 Wall Street
                                                  New York, NY  10005
                                                  212 687-0100
                                                  212 687-0659 (Fax)

## CERTIFICATION OF SERVICE

The undersigned certifies that on December 3, 2007, I caused the following document to be electronically via the Court's ECF system:

1.      Notice of Appearance (of Defendants Century 21, Inc and Blue Millennium Realty LLC).

The undersigned further certifies that on December 3, 2007, I caused the aforesaid documents to be served via First Class Mail upon the following:

Paul Napoli, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th Floor
New York, New York 10006

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279

*Liaison Counsel for Plaintiffs*

James E. Tyrrell, Esq.
Joseph Hopkins, Esq.
Patton Boggs LLP
1 Riverfront Plaza, 6th Floor
Newark, New Jersey 07102

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006

*Liaison Counsel for the Defendants*

Dated:  December 3, 2007

_____/s/_____
Stanley Goos