Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
GENERAL REINSURANCE CORP.
i/s/h/a GENERAL RE SERVICES CORP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   21 MC 102 (AKH)

RAMIRO BASTIDAS (AND WIFE, ZOILA BASTIDAS), 

                    Plaintiff(s),

-against-

80 LAFAYETTE ASSOCIATES, LLC, ET. AL.,

                    Defendant(s).
-------------------------------------------------------X

Index No.: 07-CV-8278

**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

**ELECTRONICALLY FILED**

PLEASE TAKE NOTICE that Defendant, GENERAL REINSURANCE CORP. i/s/h/a GENERAL RE SERVICES CORP., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant, GENERAL REINSURANCE CORP. i/s/h/a GENERAL RE SERVICES CORP., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      January 8, 2008

                                  Yours etc.,

                                  McGIVNEY & KLUGER, P.C.
                                  Attorneys for Defendant
                                  GENERAL REINSURANCE CORP. i/s/h/a
                                  GENERAL RE SERVICES CORP.

                                  By: _____
                                  Richard E. Leff (RL-2123)
                                  80 Broad Street, 23rd Floor
                                  New York, New York 10004
                                  (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
         Plaintiffs Liaison
         In Re Lower Manhattan Disaster Site
         Litigation
         115 Broadway, 12th Floor
         New York, New York 10006
         (212) 267-3700

         All Defense Counsel