UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER            :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION        :
:
:
:
:
:
-------------------------------------------------------------X
RAMIRO BASTIDAS (AND WIFE, ZOILA          :    07-CV-08278-AKH
BASTIDAS),                                :
:
      Plaintiffs,   :    **APPEARANCE**
:
 - against -                         :    **ELECTRONICALLY FILED**
:
80 LAFAYETTE ASSOCIATES, LLC, *et al.*,   :
:
      Defendants.   :
-------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York    DICKSTEIN SHAPIRO LLP
    January 18, 2008

          By:  /s/ Judith R. Cohen
            _____
            Judith R. Cohen (JC-8614)
            1177 Avenue of the Americas
            New York, New York 10036
            Phone: (212) 277-6500
            Fax: (212) 277-6501

            *Attorney for Defendant*
            MERRILL LYNCH & CO., INC.

DOCSNY-287509